George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Dorothy Stelling*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dorothy Stelling,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>Defendants. | Case No.: 2:23-cv-1332-JAD-DJA<br><br>**Unopposed Motion for Extension of Time for Trans Union, LLC to Answer** |

Plaintiff, Dorothy Stelling ("Plaintiff"), hereby files her Unopposed Motion for Extension of Time for Trans Union to Answer ("Motion") and in support states:

Trans Union's responsive pleading to the Complaint is due on September 19, 2023.

Plaintiff and Trans Union are actively engaged in case-resolution negotiations.

MOTION                                                                                    - 1 -

Plaintiff does not oppose an extension of Trans Union's time to respond to the Complaint so that the parties may devote their energies to resolving this matter. Trans Union respectfully requests the Court for an extension of time to file its responsive pleading for 30 days, which is up to and including **October 19, 2023**.

The Motion is not for delay.

This is Trans Union's first extension of time and the requested extension does not prejudice the parties.

///

///

///

///

///

///

///

///

///

///

For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date by which Trans Union must answer or otherwise respond to Plaintiff's Complaint to **October 19, 2023**.

Dated: September 18, 2023.

**FREEDOM LAW FIRM, LLC**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
*Attorneys for Plaintiff*

                       IT IS SO ORDERED:

                       _____
                       UNITED STATES MAGISTRATE JUDGE

                       DATED: __9/19/2023_____

_____
MOTION                             - 3 -